R. McDowell v. The State.

No. 9287.    Delivered May 27, 1925.

**Driving Auto While Intoxicated—Affirmed.**

No statement of facts nor bills of exceptions appearing in the record the cause is affirmed.

Appeal from Criminal District Court No. 2 of Dallas County. Tried below before the Hon. Chas. A. Pippen, Judge.

Appeal from a conviction for driving an automobile while intoxicated; penalty, thirty days in the county jail.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction in Criminal District Court No. 2. of Dallas county for driving an automobile while intoxicated; punishment, thirty days in county jail.

The record appears before us without any statement of facts or bills of exception. Several special charges appear but same are free of notation showing facts necessary to call for their consideration, and their refusal is not complained of in separate bill of exceptions.

No error appearing, the judgment will be affirmed.

*Affirmed.*